IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| CBR FUNDING, LLC, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:13-cv-01280-JDB-egb** |
| v. | ) | **Chief Judge Breen** |
| | ) | **Magistrate Judge Bryant** |
| CHARLES A. JONES and | ) | |
| SARAH C. JONES, | ) | **JURY DEMAND** |
| | ) | |
| **Defendants/Third-Party Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID B. GRIFFIN, | ) | |
| | ) | |
| **Third-Party Defendant.** | ) | |

<u>ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL</u>

Before the Court is the motion of the law firm of Gilbert Russell McWherter Scott Bobbitt PLC (the "Firm") and Firm's counsel J. Brandon McWherter and substitute Sean C. Kirk and the law firm of Bone McAllester Norton PLLC ("Bone McAllester") as counsel for Defendants/Third-Party Plaintiffs Charles A. Jones ("Mr. Jones") and Sarah C. Jones ("Ms. Jones"). (Dock. No. 101). It appearing that good cause exists to grant the relief requested and based on the record in this case,

It is ORDERED that the motion to withdraw and substitute counsel is granted. The Firm and J. Brandon McWherter are withdrawn as counsel for Mr. Jones and Ms. Jones in this matter and Sean Kirk and Bone McAllester are substituted as counsel for Mr. Jones and Ms. Jones.

IT IS SO ORDERED, this 17th day of December, 2015.

<u>s/ J. DANIEL BREEN</u>
J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE